# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MIDWEST RENEWABLE ENERGY, LLC,** a Nebraska limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**MARQUIS ENERGY - WISCONSIN, LLC,** a Delaware limited liability company, and GATX CORPORATION, a New York corporation,<br><br>Defendants. | CASE NO. 8:12CV350<br><br><br><br>ORDER |

In its Memorandum and Order entered on January 28, 2013 (Filing No. 33), the Court indicated that this action would be transferred to the United States District Court for the Northern District of Illinois unless cause was shown why it should be transferred to a different district in Illinois. No cause having been shown, in accordance with the Memorandum and Order entered by this Court on January 28, 2013, this action will be transferred to the United States District Court for the Northern District of Illinois.

Accordingly,

IT IS ORDERED that this case will be transferred to the United States District Court for the Northern District of Illinois.

Dated this 12th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge